United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 25-00497-HWV

Jonathon Robert Smith                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 2

Date Rcvd: Mar 25, 2025             Form ID: pdf010             Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathon Robert Smith, 120 E Broadway, Red Lion, PA 17356-1404 |
| 5691846 | + | Dave and Lisa Wood, 1617 Sycamore Ave, Lancaster, PA 17601-5255 |
| 5691847 | + | Karen Snyder, 4233 Druck Valley Road, York, PA 17406-8303 |
| 5691852 | + | Peter Scherer, III, 222 Koser Road, Lititz, PA 17543-9270 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5691842 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 25 2025 18:44:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5691843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2025 18:47:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5691844 | + | Email/Text: bankruptcy@cavps.com | Mar 25 2025 18:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5693375 | + | Email/Text: bankruptcy@cavps.com | Mar 25 2025 18:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5691845 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2025 18:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5691841 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2025 18:45:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5691839 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2025 18:44:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5694186 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2025 18:47:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5691848 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 25 2025 18:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691849 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 25 2025 18:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691850 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 25 2025 18:45:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5691853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2025 18:47:06 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5691851 | + | Email/PDF: ebnotices@pnmac.com | Mar 25 2025 18:47:07 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5696723 | | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2025 18:44:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO |

| | | | Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 5691854 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 25 2025 18:47:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5691855 | + Email/Text: bnc-thebureaus@quantum3group.com | Mar 25 2025 18:44:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5694217 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 25 2025 18:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5691840 | + Email/Text: kcm@yatb.com | Mar 25 2025 18:44:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Jonathon Robert Smith dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                                   :
                                                         :      CHAPTER 13
JONATHON ROBERT SMITH,                                   :
                                                         :      CASE NO. 1:25-bk-00497-HWV
                         Debtor.                         :

### ORDER

     Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc.

8, and no objections having been filed, and the hearing held on March 25, 2025, for the reasons

stated on the record, it is

     **ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the

closing of the case or further order of the Court.


By the Court,

_Henry W. Van Eck_ (signature)

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 25, 2025