United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                  Case No. 25-00497-HWV

Jonathon Robert Smith                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                       User: AutoDocke                                       Page 1 of 2
Date Rcvd: Apr 02, 2025                                Form ID: ntnew341                                 Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathon Robert Smith, 120 E Broadway, Red Lion, PA 17356-1404 |
| 5691846 | + | Dave and Lisa Wood, 1617 Sycamore Ave, Lancaster, PA 17601-5255 |
| 5691847 | + | Karen Snyder, 4233 Druck Valley Road, York, PA 17406-8303 |
| 5691852 | + | Peter Scherer, III, 222 Koser Road, Lititz, PA 17543-9270 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5691842 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 18:56:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5691843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2025 19:06:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5691844 | + | Email/Text: bankruptcy@cavps.com | Apr 02 2025 18:56:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5693375 | + | Email/Text: bankruptcy@cavps.com | Apr 02 2025 18:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5691845 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 02 2025 18:56:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5691841 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2025 18:56:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5691839 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2025 18:56:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5694186 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 02 2025 19:06:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5691848 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 02 2025 18:56:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691849 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 02 2025 18:56:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691850 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 02 2025 18:56:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5691853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2025 19:06:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5691851 | + | Email/PDF: ebnotices@pnmac.com | Apr 02 2025 19:07:38 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5696723 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2025 18:56:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 788, Kirkland, WA 98083-0788 |
| 5691854 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 02 2025 19:06:38 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5691855 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 02 2025 18:56:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5694217 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 02 2025 18:56:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5691840 | + | Email/Text: kcm@yatb.com | Apr 02 2025 18:56:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Jonathon Robert Smith dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Jonathon Robert Smith, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:25−bk−00497−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
| --- | --- |
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: April 24, 2025<br><br>Time: 12:00 PM |

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 2, 2025 |

ntnew341 (09/23)