## United States Bankruptcy Court
### Middle District of Pennsylvania

In re    __Jonathon Robert Smith__                  Case No.   __1:25-bk-00497__

                              Debtor(s)        Chapter   __13__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   __Jonathon Robert Smith__  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   __April 9, 2025__             Signature   __/s/ Jonathon Robert Smith__

                                                     __Jonathon Robert Smith__
                                                     Debtor

AQUATIC RESOURCE RESTORATION
COMPANY STR
5201 MAIN STREET
YORK, PA  17403
717-993-4515

| | | | |
|---|---|---|---|
| Emp No. | 156 | Name / Address | JONATHON R. SMITH<br>120 EAST BROADWAY<br>RED LION, PA  17356 |

Filing Status   S   0

| | |
|---|---|
| Ref Number: | 120624 |
| Deposit Date: | 12/06/24 |
| Pay Frequency: | Weekly |
| Period Beginning: | 11/24/24 |
| Period Ending: | 11/30/24 |

## Earnings

| Description | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| | Rate | Hrs/Units | Amount | Amount |
| REG HOURLY | 25.0000 | 31.50 | 787.50 | 12,130.78 |
| OT HOURLY | | | 0.00 | 2,567.59 |
| REG TRAVEL PAY | | | 23.65 | 238.70 |
| OT TRAVEL PAY | | | 0.00 | 71.79 |
| HOLIDAY HOURL | 25.0000 | 16.00 | 400.00 | 400.00 |
| FRINGES | | | 0.00 | 1,147.47 |

## Deductions

| Description | This Pay Period | Year To Date |
|---|---|---|
| | Amount | Amount |
| FWT | 109.55 | 1,805.57 |
| FICA W/H | 75.09 | 1,026.49 |
| FICA MEDICARE | 17.56 | 240.07 |
| PA UNEMPLOYMENT | 0.85 | 11.58 |
| PA STATE W/H | 37.18 | 508.28 |
| LST TAX | 1.00 | 12.00 |
| YORK CITY 1.25% | 15.14 | 206.97 |

| Future Time Off | Type | Hours |
|---|---|---|
| 12/23/2024 | OWP | 8 |
| 12/26/2024 | OWP | 8 |
| 12/27/2024 | OWP | 8 |
| Total: | | 24.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,211.15 | 256.37 | 954.78 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 16,556.33 | 3,810.96 | 12,745.37 |

SMITHJONATHON

### Your check has been deposited in your bank account:

| Dep Type | Amount |
|---|---|
| C | 954.78 |
| **Total Current Net:** | **954.78** |

| Date | Ref  No. | Amount |
|---|---|---|
| 12/06/24 | 120624 | 954.78 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY THE
123 MAIN STREET
YORK, PA 17403
717-993-4515

Emp No. 156

Name / Address
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

Filing Status S 0

Ref Number: 121324
Deposit Date: 12/13/24
Pay Frequency: Weekly
Period Beginning: 12/01/24
Period Ending: 12/07/24

## Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 13,130.78 |
| OT HOURLY | 37.5000 | 6.50 | 243.75 | 2,811.34 |
| REG TRAVEL PAY | | | 30.02 | 268.72 |
| OT TRAVEL PAY | | | 7.35 | 79.14 |
| HOLIDAY HOURL | | | 0.00 | 400.00 |
| FRINGES | | | 0.00 | 1,147.47 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 112.41 | 1,917.98 |
| FICA W/H | 75.90 | 1,102.39 |
| FICA MEDICARE | 17.75 | 257.82 |
| PA UNEMPLOYMENT | 0.90 | 12.48 |
| PA STATE W/H | 37.58 | 545.86 |
| LST TAX | 1.00 | 13.00 |
| FIELD MEDICAL | 52.50 | 52.50 |
| FIELD DENTAL | 3.75 | 3.75 |
| FIELD VISION | 0.70 | 0.70 |
| YORK CITY 1.25% | 15.30 | 222.27 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 80.00 | 0.00 | 80.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 12/23/2024 | OWP | 8 |
| 12/26/2024 | OWP | 8 |
| 12/27/2024 | OWP | 8 |
| | Total: | 24.00 |

Important Messages:

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,281.12 | 317.79 | 963.33 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 17,837.45 | 4,128.75 | 13,708.70 |

SMITHJONATHON

Your check has been deposited in your bank account:

| | Dep Type | Amount |
|---|---|---|
| | C | 963.33 |
| Total Current Net: | | 963.33 |

| Date | Ref No. | Amount |
|---|---|---|
| 12/13/24 | 121324 | 963.33 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

| | | | |
|---|---|---|---|
| Emp No. | 156 | | |

Name / Address
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

Filing Status    S    0

*Ref Number:* 122024.2
*Deposit Date:* 12/20/24
*Pay Frequency:* Weekly
*Period Beginning:* 12/08/24
*Period Ending:* 12/14/24

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 14,130.78 |
| OT HOURLY | 37.5000 | 3.25 | 121.88 | 2,933.22 |
| REG TRAVEL PAY | | | 30.00 | 298.72 |
| OT TRAVEL PAY | | | 3.67 | 82.81 |
| HOLIDAY HOURL | | | 0.00 | 400.00 |
| FRINGES | | | 0.00 | 1,147.47 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 93.68 | 2,011.66 |
| FICA W/H | 68.11 | 1,170.50 |
| FICA MEDICARE | 15.93 | 273.75 |
| PA UNEMPLOYMENT | 0.81 | 13.29 |
| PA STATE W/H | 33.73 | 579.59 |
| LST TAX | 1.00 | 14.00 |
| FIELD MEDICAL | 52.50 | 105.00 |
| FIELD DENTAL | 3.75 | 7.50 |
| FIELD VISION | 0.70 | 1.40 |
| YORK CITY 1.25% | 13.73 | 236.00 |

**Hours of Leave**

*Leave Codes*

| | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 80.00 | 80.00 | 0.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 12/23/2024 | OWP | 8 |
| 12/26/2024 | OWP | 8 |
| 12/27/2024 | OWP | 8 |
| | Total: | **24.00** |

Important Messages:

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| **1,155.55** | **283.94** | **871.61** |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| **18,993.00** | **4,412.69** | **14,580.31** |

SMITHJONATHON

### Your check has been deposited in your bank account:

| Dep Type | Amount |
|---|---|
| C | 871.61 |
| **Total Current Net:** | **871.61** |

| Date | Ref No. | Amount |
|---|---|---|
| **12/20/24** | **122024.2** | **871.61** |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

| | | | |
|---|---|---|---|
| Emp No. | 156 | | |
| Name / Address | JONATHON R. SMITH<br>120 EAST BROADWAY<br>RED LION, PA 17356 | | |
| Filing Status | S | 0 | |

| | |
|---|---|
| *Ref Number:* | 122024.2 |
| *Deposit Date:* | 12/20/24 |
| *Pay Frequency:* | Weekly |
| *Period Beginning:* | 12/08/24 |
| *Period Ending:* | 12/14/24 |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | | | 0.00 | 14,130.78 |
| OT HOURLY | | | 0.00 | 2,933.22 |
| REG TRAVEL PAY | | | 0.00 | 298.72 |
| OT TRAVEL PAY | | | 0.00 | 82.81 |
| PTO HOURLY | 25.0000 | 80.00 | 2,000.00 | 2,000.00 |
| HOLIDAY HOURL | | | 0.00 | 400.00 |
| FRINGES | | | 0.00 | 1,147.47 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 283.10 | 2,294.76 |
| FICA W/H | 124.00 | 1,294.50 |
| FICA MEDICARE | 29.00 | 302.75 |
| PA UNEMPLOYMENT | 1.40 | 14.69 |
| PA STATE W/H | 61.40 | 640.99 |
| LST TAX | 0.00 | 14.00 |
| FIELD MEDICAL | 0.00 | 105.00 |
| FIELD DENTAL | 0.00 | 7.50 |
| FIELD VISION | 0.00 | 1.40 |
| YORK CITY 1.25% | 25.00 | 261.00 |

### Hours of Leave
*Leave Codes*

| | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 80.00 | 80.00 | 0.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 12/23/2024 | OWP | 8 |
| 12/26/2024 | OWP | 8 |
| 12/27/2024 | OWP | 8 |
| | Total: | 24.00 |

Important Messages:

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 2,000.00 | 523.90 | 1,476.10 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 20,993.00 | 4,936.59 | 16,056.41 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 1,476.10 |
| **Total Current Net:** | **1,476.10** |

| Date | Ref No. | Amount |
|---|---|---|
| 12/20/24 | 122024.2 | 1,476.10 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

| AQUATIC RESOURCE RESTORATION | | Emp No. | Name / Address | Filing Status | S | 0 | Ref Number: | 122724.1 |
|---|---|---|---|---|---|---|---|---|

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

**Emp No.** 156

**Name / Address**
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

**Filing Status** S 0

*Ref Number:* 122724.1
*Deposit Date:* 12/27/24
*Pay Frequency:* Weekly
*Period Beginning:* 12/15/24
*Period Ending:* 12/21/24

## Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 15,130.78 |
| OT HOURLY | 37.5000 | 10.75 | 403.13 | 3,336.35 |
| REG TRAVEL PAY | | | 30.01 | 328.73 |
| OT TRAVEL PAY | | | 12.15 | 94.96 |
| PTO HOURLY | | | 0.00 | 2,000.00 |
| HOLIDAY HOURL | | | 0.00 | 400.00 |
| FRINGES | | | 0.00 | 1,147.47 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 148.53 | 2,443.29 |
| FICA W/H | 86.08 | 1,380.58 |
| FICA MEDICARE | 20.13 | 322.88 |
| PA UNEMPLOYMENT | 1.01 | 15.70 |
| PA STATE W/H | 42.62 | 683.61 |
| LST TAX | 1.00 | 15.00 |
| FIELD MEDICAL | 52.50 | 157.50 |
| FIELD DENTAL | 3.75 | 11.25 |
| FIELD VISION | 0.70 | 2.10 |
| YORK CITY 1.25% | 17.35 | 278.35 |

## Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 80.00 | 80.00 | 0.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 12/23/2024 | OWP | 8 |
| 12/26/2024 | OWP | 8 |
| 12/27/2024 | OWP | 8 |
| Total: | | 24.00 |

**Important Messages:**

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,445.29 | 373.67 | 1,071.62 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 22,438.29 | 5,310.26 | 17,128.03 |

SMITHJONATHON

### Your check has been deposited in your bank account:

| Dep Type | Amount |
|---|---|
| C | 1,071.62 |
| **Total Current Net:** | **1,071.62** |

| Date | Ref No. | Amount |
|---|---|---|
| 12/27/24 | 122724.1 | 1,071.62 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

| AQUATIC RESOURCE RESTORATION | | Emp No. | Name / Address | | Filing Status | S | 0 | Ref Number: | 010325 |
|---|---|---|---|---|---|---|---|---|---|
| COMPANY SITE | | | JONATHON R. SMITH | | | | | Deposit Date: | 1/03/25 |
| YORK, PA 17403 | | 156 | 120 EAST BROADWAY | | | | | Pay Frequency: | Weekly |
| 717-993-4515 | | | RED LION, PA 17356 | | | | | Period Beginning: | 12/22/24 |
| | | | | | | | | Period Ending: | 12/28/24 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| **This Pay Period** | | | | **Year To Date** | **This Pay Period** | | **Year To Date** |
| **Description** | **Rate** | **Hrs/Units** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| HOLIDAY HOURL | 25.0000 | 16.00 | 400.00 | 400.00 | FWT | 6.23 | 6.23 |
| | | | | | FICA W/H | 21.27 | 21.27 |
| | | | | | FICA MEDICARE | 4.97 | 4.97 |
| | | | | | PA UNEMPLOYMENT | 0.28 | 0.28 |
| | | | | | PA STATE W/H | 10.53 | 10.53 |
| | | | | | LST TAX | 1.00 | 1.00 |
| | | | | | FIELD MEDICAL | 52.50 | 52.50 |
| | | | | | FIELD DENTAL | 3.75 | 3.75 |
| | | | | | FIELD VISION | 0.70 | 0.70 |
| | | | | | YORK CITY 1.25% | 4.29 | 4.29 |

**Hours of Leave**

| *Leave Codes* | **Prior Year Carry Over** | **Curr Yr Eligible Vacation** | **YTD Usage** | **Balance** |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 80.00 | 0.00 | 80.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| **Earnings** | **Deductions** | **Net Pay** |
| 400.00 | 105.52 | 294.48 |

| Year To Date | | |
|---|---|---|
| **Earnings** | **Deductions** | **Net Pay** |
| 400.00 | 105.52 | 294.48 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 294.48 |
| **Total Current Net:** | | **294.48** |

| Date | Ref No. | Amount |
|---|---|---|
| 1/03/25 | 010325 | 294.48 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY 5TH
SOMPLYSTREET
YORK, PA  17403
717-993-4515

| Emp No. | Name / Address | Filing Status | S | 0 |
|---|---|---|---|---|
| 156 | JONATHON R. SMITH 120 EAST BROADWAY RED LION, PA  17356 | | | |

| | |
|---|---|
| Ref Number: | 011025 |
| Deposit Date: | 1/10/25 |
| Pay Frequency: | Weekly |
| Period Beginning: | 12/29/24 |
| Period Ending: | 1/04/25 |

### Earnings

| Description | This Pay Period Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 38.75 | 968.75 | 968.75 |
| REG TRAVEL PAY | | | 38.75 | 38.75 |
| HOLIDAY HOURL | 25.0000 | 8.00 | 200.00 | 600.00 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PAID TIME OFF | 0.00 | 120.00 | 0.00 | 120.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 98.86 | 105.09 |
| FICA W/H | 71.33 | 92.60 |
| FICA MEDICARE | 16.69 | 21.66 |
| PA UNEMPLOYMENT | 0.85 | 1.13 |
| PA STATE W/H | 35.32 | 45.85 |
| LST TAX | 1.00 | 2.00 |
| FIELD MEDICAL | 52.50 | 105.00 |
| FIELD DENTAL | 3.75 | 7.50 |
| FIELD VISION | 0.70 | 1.40 |
| YORK CITY 1.25% | 14.38 | 18.67 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,207.50 | 295.38 | 912.12 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,607.50 | 400.90 | 1,206.60 |

**Your check has been deposited in your bank account:**

SMITHJONATHON

| Date | Ref  No. | Amount |
|---|---|---|
| 1/10/25 | 011025 | 912.12 |

| | Dep Type | Amount |
|---|---|---|
| | C | 912.12 |
| **Total Current Net:** | | **912.12** |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY STR
SOMERSET STREET
YORK, PA 17403
717-993-4515

Emp No. 156

Name / Address
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

Filing Status    S    0

Ref Number: 011725
Deposit Date: 1/17/25
Pay Frequency: Weekly
Period Beginning: 1/05/25
Period Ending: 1/11/25

## Earnings

| Description | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| | Rate | Hrs/Units | Amount | Amount |
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 1,968.75 |
| OT HOURLY | 37.5000 | 0.50 | 18.75 | 18.75 |
| REG TRAVEL PAY | | 40.00 | | 78.75 |
| OT TRAVEL PAY | | 0.75 | | 0.75 |
| HOLIDAY HOURL | | 0.00 | | 600.00 |

## Deductions

| Description | This Pay Period | Year To Date |
|---|---|---|
| | Amount | Amount |
| FWT | 72.20 | 177.29 |
| FICA W/H | 62.16 | 154.76 |
| FICA MEDICARE | 14.53 | 36.19 |
| PA UNEMPLOYMENT | 0.74 | 1.87 |
| PA STATE W/H | 30.78 | 76.63 |
| LST TAX | 1.00 | 3.00 |
| 401K | 74.17 | 74.17 |
| FIELD MEDICAL | 52.50 | 157.50 |
| FIELD DENTAL | 3.75 | 11.25 |
| FIELD VISION | 0.70 | 2.10 |
| YORK CITY 1.25% | 12.53 | 31.20 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 0.00 | 120.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

Important Messages:

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,059.50 | 325.06 | 734.44 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 2,667.00 | 725.96 | 1,941.04 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 734.44 |
| Total Current Net: | | 734.44 |

| Date | Ref No. | Amount |
|---|---|---|
| 1/17/25 | 011725 | 734.44 |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY SHEET
55 MAIN STREET
YORK, PA 17403
717-993-4515

| Emp No. | | Name / Address | Filing Status | S | 0 |
|---|---|---|---|---|---|
| 156 | | JONATHON R. SMITH 120 EAST BROADWAY RED LION, PA 17356 | | | |

Ref Number: 012425
Deposit Date: 1/24/25
Pay Frequency: Weekly
Period Beginning: 1/12/25
Period Ending: 1/18/25

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 2,968.75 |
| OT HOURLY | 37.5000 | 6.00 | 225.01 | 243.76 |
| REG TRAVEL PAY | | 40.00 | | 118.75 |
| OT TRAVEL PAY | | | 9.01 | 9.76 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |

**Hours of Leave**

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 0.00 | 120.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 01/24/2025 | PTO2025 | 8 |
| | Total: | **8.00** |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 91.56 | 268.85 |
| FICA W/H | 75.46 | 230.22 |
| FICA MEDICARE | 17.65 | 53.84 |
| PA UNEMPLOYMENT | 0.89 | 2.76 |
| PA STATE W/H | 37.36 | 113.99 |
| LST TAX | 1.00 | 4.00 |
| 401K | 89.18 | 163.35 |
| ROTH 401K | 38.22 | 38.22 |
| FIELD MEDICAL | 52.50 | 210.00 |
| FIELD DENTAL | 3.75 | 15.00 |
| FIELD VISION | 0.70 | 2.80 |
| YORK CITY 1.25% | 15.21 | 46.41 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,274.02 | 423.48 | 850.54 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 3,941.02 | 1,149.44 | 2,791.58 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 850.54 |
| Total Current Net: | **850.54** |

| Date | Ref No. | Amount |
|---|---|---|
| 1/24/25 | 012425 | 850.54 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

**Emp No.** 156

**Name / Address**
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

**Filing Status** S 0

**Ref Number:** 013125.1
**Deposit Date:** 1/31/25
**Pay Frequency:** Weekly
**Period Beginning:** 1/19/25
**Period Ending:** 1/25/25

## Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 30.75 | 768.75 | 3,737.50 |
| OT HOURLY | | | 0.00 | 243.76 |
| REG TRAVEL PAY | | | 30.75 | 149.50 |
| OT TRAVEL PAY | | | 0.00 | 9.76 |
| PTO HOURLY | 25.0000 | 8.00 | 200.00 | 200.00 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 65.51 | 334.36 |
| FICA W/H | 58.44 | 288.66 |
| FICA MEDICARE | 13.67 | 67.51 |
| PA UNEMPLOYMENT | 0.70 | 3.46 |
| PA STATE W/H | 28.94 | 142.93 |
| LST TAX | 1.00 | 5.00 |
| 401K | 69.97 | 233.32 |
| ROTH 401K | 29.99 | 68.21 |
| FIELD MEDICAL | 52.50 | 262.50 |
| FIELD DENTAL | 3.75 | 18.75 |
| FIELD VISION | 0.70 | 3.50 |
| YORK CITY 1.25% | 11.78 | 58.19 |

**Important Messages:**

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 999.50 | 336.95 | 662.55 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 4,940.52 | 1,486.39 | 3,454.13 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 662.55 |
| **Total Current Net:** | **662.55** |

| Date | Ref No. | Amount |
|---|---|---|
| 1/31/25 | 013125.1 | 662.55 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

| AQUATIC RESOURCE RESTORATION | Emp No. | Name / Address | Filing Status | S | 0 | Ref Number: | 013125.1 |
|---|---|---|---|---|---|---|---|
| COMPANY SHE | | JONATHON R. SMITH | | | | Deposit Date: | 1/31/25 |
| 5500 MAIN STREET | | 120 EAST BROADWAY | | | | Pay Frequency: | Weekly |
| YORK, PA 17403 | 156 | RED LION, PA 17356 | | | | Period Beginning: | 1/19/25 |
| 717-993-4515 | | | | | | Period Ending: | 1/25/25 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| **This Pay Period** | | | Year To Date | | **This Pay Period** | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| REG HOURLY | | | 0.00 | 3,737.50 | FWT | 0.00 | 334.36 |
| OT HOURLY | | | 0.00 | 243.76 | FICA W/H | 0.00 | 288.66 |
| REG TRAVEL PAY | | | 0.00 | 149.50 | FICA MEDICARE | 0.00 | 67.51 |
| OT TRAVEL PAY | | | 0.00 | 9.76 | PA UNEMPLOYMENT | 0.00 | 3.46 |
| PTO HOURLY | | | 0.00 | 200.00 | PA STATE W/H | 0.00 | 142.93 |
| HOLIDAY HOURL | | | 0.00 | 600.00 | LST TAX | 0.00 | 5.00 |
| AP REIMBURSEM | | | 139.99 | 139.99 | 401K | 0.00 | 233.32 |
| | | | | | ROTH 401K | 0.00 | 68.21 |
| | | | | | FIELD MEDICAL | 0.00 | 262.50 |
| | | | | | FIELD DENTAL | 0.00 | 18.75 |
| | | | | | FIELD VISION | 0.00 | 3.50 |
| | | | | | YORK CITY 1.25% | 0.00 | 58.19 |

**Hours of Leave**

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 139.99 | 0.00 | 139.99 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 5,080.51 | 1,486.39 | 3,594.12 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 139.99 |
| Total Current Net: | 139.99 |

| Date | Ref  No. | Amount |
|---|---|---|
| 1/31/25 | 013125.1 | 139.99 |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY STR...
...STREET
YORK, PA  17403
717-993-4515

Emp No.

156

Name / Address
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356

Filing Status    S        0

Ref Number:    020725
Deposit Date:    2/07/25
Pay Frequency:    Weekly
Period Beginning:    1/26/25
Period Ending:    2/01/25

## Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 4,737.50 |
| OT HOURLY | 37.5000 | 5.25 | 196.88 | 440.64 |
| REG TRAVEL PAY | | 40.00 | | 189.50 |
| OT TRAVEL PAY | | 7.88 | | 17.64 |
| PTO HOURLY | | 0.00 | | 200.00 |
| HOLIDAY HOURL | | 0.00 | | 600.00 |
| AP REIMBURSEM | | 0.00 | | 139.99 |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 92.88 | 427.24 |
| FICA W/H | 73.64 | 362.30 |
| FICA MEDICARE | 17.22 | 84.73 |
| PA UNEMPLOYMENT | 0.87 | 4.33 |
| PA STATE W/H | 36.47 | 179.40 |
| LST TAX | 1.00 | 6.00 |
| 401K | 87.13 | 320.45 |
| ROTH 401K | 37.34 | 105.55 |
| FIELD MEDICAL | 52.50 | 315.00 |
| FIELD DENTAL | 3.75 | 22.50 |
| FIELD VISION | 0.70 | 4.20 |
| YORK CITY 1.25% | 14.85 | 73.04 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,244.76 | 418.35 | 826.41 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 6,325.27 | 1,904.74 | 4,420.53 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 826.41 |
| **Total Current Net:** | | **826.41** |

| Date | Ref  No. | Amount |
|---|---|---|
| 2/07/25 | 020725 | 826.41 |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356**

| | | | | |
|---|---|---|---|---|
| Emp No. | Name / Address | | Filing Status | S 0 |
| 156 | JONATHON R. SMITH<br>120 EAST BROADWAY<br>RED LION, PA  17356 | | | |

**Ref Number:** 021425
**Deposit Date:** 2/14/25
**Pay Frequency:** Weekly
**Period Beginning:** 2/02/25
**Period Ending:** 2/08/25

## Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date |
|---|---|---|---|---|
| | | This Pay Period | | Year To Date |
| REG HOURLY | 25.0000 | 39.75 | 993.75 | 5,731.25 |
| OT HOURLY | | | 0.00 | 440.64 |
| REG TRAVEL PAY | | 39.75 | | 229.25 |
| OT TRAVEL PAY | | | 0.00 | 17.64 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 |

### Hours of Leave

| Leave Code | Prior Year<br>Carry Over | Curr Yr Eligible<br>Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

## Deductions

| Description | Amount | Year To Date<br>Amount |
|---|---|---|
| | This Pay Period | |
| FWT | 69.30 | 496.54 |
| FICA W/H | 60.55 | 422.85 |
| FICA MEDICARE | 14.16 | 98.89 |
| PA UNEMPLOYMENT | 0.72 | 5.05 |
| PA STATE W/H | 29.98 | 209.38 |
| LST TAX | 1.00 | 7.00 |
| 401K | 72.35 | 392.80 |
| ROTH 401K | 31.01 | 136.56 |
| FIELD MEDICAL | 52.50 | 367.50 |
| FIELD DENTAL | 3.75 | 26.25 |
| FIELD VISION | 0.70 | 4.90 |
| YORK CITY 1.25% | 12.21 | 85.25 |

**Important Messages:**

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,033.50 | 348.23 | 685.27 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 7,358.77 | 2,252.97 | 5,105.80 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 685.27 |
| Total Current Net: | | 685.27 |

| Date | Ref  No. | Amount |
|---|---|---|
| 2/14/25 | 021425 | 685.27 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA  17403
717-993-4515

Emp No. 156

**Name / Address**
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356

Filing Status  S  0

*Ref Number:* 022125
*Deposit Date:* 2/21/25
*Pay Frequency:* Weekly
*Period Beginning:* 2/09/25
*Period Ending:* 2/15/25

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| **This Pay Period** | | | **Year To Date** | | **This Pay Period** | | **Year To Date** |
| **Description** | **Rate** | **Hrs/Units** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 6,731.25 | FWT | 103.76 | 600.30 |
| OT HOURLY | 37.5000 | 7.75 | 290.63 | 731.27 | FICA W/H | 79.69 | 502.54 |
| REG TRAVEL PAY | | | 40.00 | 269.25 | FICA MEDICARE | 18.64 | 117.53 |
| OT TRAVEL PAY | | | 11.63 | 29.27 | PA UNEMPLOYMENT | 0.94 | 5.99 |
| PTO HOURLY | | | 0.00 | 200.00 | PA STATE W/H | 39.46 | 248.84 |
| HOLIDAY HOURL | | | 0.00 | 600.00 | LST TAX | 1.00 | 8.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 | 401K | 93.96 | 486.76 |
| | | | | | ROTH 401K | 40.27 | 176.83 |
| | | | | | FIELD MEDICAL | 52.50 | 420.00 |
| | | | | | FIELD DENTAL | 3.75 | 30.00 |
| | | | | | FIELD VISION | 0.70 | 5.60 |
| | | | | | YORK CITY 1.25% | 16.07 | 101.32 |

**Hours of Leave**

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| **Earnings** | **Deductions** | **Net Pay** |
| 1,342.26 | 450.74 | 891.52 |

| Year To Date | | |
|---|---|---|
| **Earnings** | **Deductions** | **Net Pay** |
| 8,701.03 | 2,703.71 | 5,997.32 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 891.52 |
| **Total Current Net:** | **891.52** |

| Date | Ref  No. | Amount |
|---|---|---|
| 2/21/25 | 022125 | 891.52 |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY, INC
5 PENNY STREET
YORK, PA  17403
717-993-4515

| Emp No. | | Name / Address | Filing Status | S | 0 |
|---|---|---|---|---|---|
| 156 | | JONATHON R. SMITH 120 EAST BROADWAY RED LION, PA  17356 | | | |

Ref Number: 022825
Deposit Date: 2/28/25
Pay Frequency: Weekly
Period Beginning: 2/16/25
Period Ending: 2/22/25

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 7,731.25 |
| OT HOURLY | 37.5000 | 7.00 | 262.50 | 993.77 |
| REG TRAVEL PAY | | | 40.00 | 309.25 |
| OT TRAVEL PAY | | | 10.50 | 39.77 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 100.49 | 700.79 |
| FICA W/H | 77.87 | 580.41 |
| FICA MEDICARE | 18.21 | 135.74 |
| PA UNEMPLOYMENT | 0.92 | 6.91 |
| PA STATE W/H | 38.56 | 287.40 |
| LST TAX | 1.00 | 9.00 |
| 401K | 91.91 | 578.67 |
| ROTH 401K | 39.39 | 216.22 |
| FIELD MEDICAL | 52.50 | 472.50 |
| FIELD DENTAL | 3.75 | 33.75 |
| FIELD VISION | 0.70 | 6.30 |
| YORK CITY 1.25% | 15.70 | 117.02 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

Important Messages:

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,313.00 | 441.00 | 872.00 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 10,014.03 | 3,144.71 | 6,869.32 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 872.00 |
| Total Current Net: | | 872.00 |

| Date | Ref  No. | Amount |
|---|---|---|
| 2/28/25 | 022825 | 872.00 |

**JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

| | | | | |
|---|---|---|---|---|
| Emp No. **156** | Name / Address **JONATHON R. SMITH** 120 EAST BROADWAY RED LION, PA 17356 | Filing Status **S** 0 | Ref Number: | 030725.2 |
| | | | Deposit Date: | 3/07/25 |
| | | | Pay Frequency: | Weekly |
| | | | Period Beginning: | 2/23/25 |
| | | | Period Ending: | 3/01/25 |

## Earnings

| Description | This Pay Period Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 8,731.25 |
| OT HOURLY | 37.5000 | 9.25 | 346.89 | 1,340.66 |
| REG TRAVEL PAY | | | 40.00 | 349.25 |
| OT TRAVEL PAY | | | 13.89 | 53.66 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 115.64 | 816.43 |
| FICA W/H | 84.12 | 664.53 |
| FICA MEDICARE | 19.67 | 155.41 |
| PA UNEMPLOYMENT | 0.98 | 7.89 |
| PA STATE W/H | 41.65 | 329.05 |
| LST TAX | 1.00 | 10.00 |
| FIELD MEDICAL | 38.00 | 38.00 |
| FIELD DENTAL | 4.80 | 4.80 |
| FIELD VISION | 1.25 | 1.25 |
| 401K | 98.05 | 676.72 |
| ROTH 401K | 42.02 | 258.24 |
| FIELD MEDICAL | 0.00 | 472.50 |
| FIELD DENTAL | 0.00 | 33.75 |
| FIELD VISION | 0.00 | 6.30 |
| YORK CITY 1.25% | 16.96 | 133.98 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,400.78 | 464.14 | 936.64 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 11,414.81 | 3,608.85 | 7,805.96 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 936.64 |
| Total Current Net: | 936.64 |

| Date | Ref No. | Amount |
|---|---|---|
| 3/07/25 | 030725.2 | 936.64 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA  17403
717-993-4515

| | |
|---|---|
| Emp No. | 156 |
| Name / Address | JONATHON R. SMITH<br>120 EAST BROADWAY<br>RED LION, PA  17356 |
| Filing Status | S        0 |

| | |
|---|---|
| *Ref Number:* | 031425 |
| *Deposit Date:* | 3/14/25 |
| *Pay Frequency:* | Weekly |
| *Period Beginning:* | 3/02/25 |
| *Period Ending:* | 3/08/25 |

### Earnings

| Description | Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 25.0000 | 40.00 | 1,000.00 | 9,731.25 |
| OT HOURLY | 37.5000 | 6.50 | 243.75 | 1,584.41 |
| REG TRAVEL PAY | | 40.00 | | 389.25 |
| OT TRAVEL PAY | | 9.75 | | 63.41 |
| PTO HOURLY | | 0.00 | | 200.00 |
| HOLIDAY HOURL | | 0.00 | | 600.00 |
| AP REIMBURSEM | | 0.00 | | 139.99 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 102.97 | 919.40 |
| FICA W/H | 77.47 | 742.00 |
| FICA MEDICARE | 18.12 | 173.53 |
| PA UNEMPLOYMENT | 0.91 | 8.80 |
| PA STATE W/H | 38.36 | 367.41 |
| LST TAX | 1.00 | 11.00 |
| FIELD MEDICAL | 38.00 | 76.00 |
| FIELD DENTAL | 4.80 | 9.60 |
| FIELD VISION | 1.25 | 2.50 |
| 401K | 64.68 | 741.40 |
| ROTH 401K | 25.87 | 284.11 |
| FIELD MEDICAL | 0.00 | 472.50 |
| FIELD DENTAL | 0.00 | 33.75 |
| FIELD VISION | 0.00 | 6.30 |
| YORK CITY 1.25% | 15.62 | 149.60 |

#### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,293.50 | 389.05 | 904.45 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 12,708.31 | 3,997.90 | 8,710.41 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 904.45 |
| **Total Current Net:** | **904.45** |

| Date | Ref  No. | Amount |
|---|---|---|
| 3/14/25 | 031425 | 904.45 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA  17356**

| | Emp No. | Name / Address | Filing Status | S | 0 | Ref Number: | 032125 |
|---|---|---|---|---|---|---|---|
| | 156 | JONATHON R. SMITH | | | | Deposit Date: | 3/21/25 |
| | | 120 EAST BROADWAY | | | | Pay Frequency: | Weekly |
| | | RED LION, PA 17356 | | | | Period Beginning: | 3/09/25 |
| | | | | | | Period Ending: | 3/15/25 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| **This Pay Period** | | | **Year To Date** | | **This Pay Period** | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| REG HOURLY | 26.2500 | 40.00 | 1,050.03 | 10,781.28 | FWT | 118.79 | 1,038.19 |
| OT HOURLY | 39.3750 | 7.25 | 285.47 | 1,869.88 | FICA W/H | 83.22 | 825.20 |
| REG TRAVEL PAY | | | 40.00 | 429.25 | FICA MEDICARE | 19.47 | 193.00 |
| OT TRAVEL PAY | | | 10.88 | 74.29 | PA UNEMPLOYMENT | 0.97 | 9.77 |
| PTO HOURLY | | | 0.00 | 200.00 | PA STATE W/H | 41.21 | 408.62 |
| HOLIDAY HOURL | | | 0.00 | 600.00 | LST TAX | 1.00 | 12.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 | FIELD MEDICAL | 38.00 | 114.00 |
| | | | | | FIELD DENTAL | 4.80 | 14.40 |
| | | | | | FIELD VISION | 1.25 | 3.75 |
| | | | | | 401K | 69.32 | 810.72 |
| | | | | | ROTH 401K | 27.73 | 311.84 |
| | | | | | FIELD MEDICAL | 0.00 | 472.50 |
| | | | | | FIELD DENTAL | 0.00 | 33.75 |
| | | | | | FIELD VISION | 0.00 | 6.30 |
| | | | | | YORK CITY 1.25% | 16.78 | 166.38 |

**Hours of Leave**

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| **1,386.38** | **422.54** | **963.84** |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| **14,094.69** | **4,420.44** | **9,674.25** |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| Dep Type | Amount |
|---|---|
| C | 963.84 |
| **Total Current Net:** | **963.84** |

| Date | Ref No. | Amount |
|---|---|---|
| **3/21/25** | **032125** | **963.84** |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY, LLC
330 MAIN STREET
YORK, PA  17403
717-993-4515

| Emp No. | | Name / Address | Filing Status | | |
|---|---|---|---|---|---|
| 156 | | JONATHON R. SMITH<br>120 EAST BROADWAY<br>RED LION, PA  17356 | S | 0 | |

*Ref Number:* 032825
*Deposit Date:* 3/28/25
*Pay Frequency:* Weekly
*Period Beginning:* 3/16/25
*Period Ending:* 3/22/25

## Earnings

| Description | This Pay Period Rate | Hrs/Units | Amount | Year To Date Amount |
|---|---|---|---|---|
| REG HOURLY | 26.2500 | 35.50 | 931.89 | 11,713.17 |
| OT HOURLY | | | 0.00 | 1,869.88 |
| REG TRAVEL PAY | | 35.50 | | 464.75 |
| OT TRAVEL PAY | | | 0.00 | 74.29 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURLY | | | 0.00 | 600.00 |
| AP REIMBURSEMENT | | | 0.00 | 139.99 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

## Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FWT | 65.79 | 1,103.98 |
| FICA W/H | 57.25 | 882.47 |
| FICA MEDICARE | 13.38 | 206.38 |
| PA UNEMPLOYMENT W/ | 0.68 | 10.45 |
| PA STATE W/H | 28.35 | 436.97 |
| LST TAX | 1.00 | 13.00 |
| FIELD MEDICAL | 38.00 | 152.00 |
| FIELD DENTAL | 4.80 | 19.20 |
| FIELD VISION | 1.25 | 5.00 |
| 401K | 48.37 | 859.09 |
| ROTH 401K | 19.35 | 331.19 |
| FIELD MEDICAL | 0.00 | 472.50 |
| FIELD DENTAL | 0.00 | 33.75 |
| FIELD VISION | 0.00 | 6.30 |
| YORK CITY 1.25% | 11.54 | 177.92 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 967.39 | 289.76 | 677.63 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 15,062.08 | 4,710.20 | 10,351.88 |

SMITHJONATHON

Your check has been deposited in your bank account:

| | Dep Type | Amount |
|---|---|---|
| | C | 677.63 |
| **Total Current Net:** | | **677.63** |

| Date | Ref  No. | Amount |
|---|---|---|
| **3/28/25** | **032825** | **677.63** |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA  17356**

AQUATIC RESOURCE RESTORATION
COMPANY SHEET
5500 MAIN STREET
YORK, PA 17403
717-993-4515

| | Emp No. | Name / Address | Filing Status | | | | Ref Number: | 040425 |
|---|---|---|---|---|---|---|---|---|
| | | JONATHON R. SMITH | S | 0 | | | Deposit Date: | 4/04/25 |
| | 156 | 120 EAST BROADWAY | | | | | Pay Frequency: | Weekly |
| | | RED LION, PA 17356 | | | | | Period Beginning: | 3/23/25 |
| | | | | | | | Period Ending: | 3/29/25 |

### Earnings

| Description | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| | Rate | Hrs/Units | Amount | Amount |
| REG HOURLY | 26.2500 | 40.00 | 1,050.01 | 12,763.18 |
| OT HOURLY | 39.3750 | 2.75 | 108.28 | 1,978.16 |
| REG TRAVEL PAY | | | 40.00 | 504.75 |
| OT TRAVEL PAY | | | 4.13 | 78.42 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURLY | | | 0.00 | 600.00 |
| AP REIMBURSEMEN | | | 0.00 | 139.99 |

### Deductions

| Description | This Pay Period | Year To Date |
|---|---|---|
| | Amount | Amount |
| FWT | 92.59 | 1,196.57 |
| FICA W/H | 71.82 | 954.29 |
| FICA MEDICARE | 16.80 | 223.18 |
| PA UNEMPLOYMENT W/ | 0.84 | 11.29 |
| PA STATE W/H | 35.56 | 472.53 |
| LST TAX | 1.00 | 14.00 |
| FIELD MEDICAL | 38.00 | 190.00 |
| FIELD DENTAL | 4.80 | 24.00 |
| FIELD VISION | 1.25 | 6.25 |
| 401K | 60.12 | 919.21 |
| ROTH 401K | 24.05 | 355.24 |
| FIELD MEDICAL | 0.00 | 472.50 |
| FIELD DENTAL | 0.00 | 33.75 |
| FIELD VISION | 0.00 | 6.30 |
| YORK CITY 1.25% | 14.48 | 192.40 |

**Hours of Leave**

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,202.42 | 361.31 | 841.11 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 16,264.50 | 5,071.51 | 11,192.99 |

SMITHJONATHON

**Your check has been deposited in your bank account:**

| | Dep Type | Amount |
|---|---|---|
| | C | 841.11 |
| Total Current Net: | | 841.11 |

| Date | Ref No. | Amount |
|---|---|---|
| 4/04/25 | 040425 | 841.11 |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**

AQUATIC RESOURCE RESTORATION
COMPANY STREET
YORK, PA 17403
717-993-4515

Emp No. 156

Name / Address
JONATHON R. SMITH
120 EAST BROADWAY
RED LION, PA 17356

Filing Status S 0

| | |
|---|---|
| Ref Number: | 041125 |
| Deposit Date: | 4/11/25 |
| Pay Frequency: | Weekly |
| Period Beginning: | 3/30/25 |
| Period Ending: | 4/05/25 |

## Earnings

| Description | Rate | Hrs/Units | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|---|---|
| REG HOURLY | 26.2500 | 31.00 | 813.75 | 13,576.93 |
| OT HOURLY | | | 0.00 | 1,978.16 |
| REG TRAVEL PAY | | 31.00 | 535.75 | |
| OT TRAVEL PAY | | | 0.00 | 78.42 |
| PTO HOURLY | | | 0.00 | 200.00 |
| HOLIDAY HOURL | | | 0.00 | 600.00 |
| AP REIMBURSEM | | | 0.00 | 139.99 |

### Hours of Leave

| Leave Code | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO 2025 | 0.00 | 120.00 | 8.00 | 112.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | | Total: |

## Deductions

| Description | Amount (This Pay Period) | Amount (Year To Date) |
|---|---|---|
| FWT | 51.81 | 1,248.38 |
| FICA W/H | 49.64 | 1,003.93 |
| FICA MEDICARE | 11.61 | 234.79 |
| PA UNEMPLOYMENT | 0.59 | 11.88 |
| PA STATE W/H | 24.58 | 497.11 |
| LST TAX | 1.00 | 15.00 |
| FIELD MEDICAL | 38.00 | 228.00 |
| FIELD DENTAL | 4.80 | 28.80 |
| FIELD VISION | 1.25 | 7.50 |
| 401K | 42.24 | 961.45 |
| ROTH 401K | 16.90 | 372.14 |
| FIELD MEDICAL | 0.00 | 472.50 |
| FIELD DENTAL | 0.00 | 33.75 |
| FIELD VISION | 0.00 | 6.30 |
| YORK CITY 1.25% | 10.01 | 202.41 |

**Important Messages:**

## This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 844.75 | 252.43 | 592.32 |

## Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 17,109.25 | 5,323.94 | 11,785.31 |

SMITHJONATHON

Your check has been deposited in your bank account:

| Dep Type | Amount |
|---|---|
| C | 592.32 |
| **Total Current Net:** | **592.32** |

| Date | Ref No. | Amount |
|---|---|---|
| **4/11/25** | **041125** | **592.32** |

**JONATHON R. SMITH**
**120 EAST BROADWAY**
**RED LION, PA 17356**