## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JONATHON ROBERT SMITH

                              Debtor(s)

         JACK N. ZAHAROPOULOS                    CHAPTER 13
         CHAPTER 13 TRUSTEE
                              Movant
         vs.
         JONATHON ROBERT SMITH

                                                CASE NO: 1-25-00497-HWV
                              Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 6, 2025, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


                    Respectfully submitted,

                    /s/  Douglas R. Roeder, Esquire
                    ID:  80016
                    Attorney for Trustee
                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    Suite A, 8125 Adams Drive
                    Hummelstown, PA 17036
                    Phone:  (717) 566-6097
                    email:  droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JONATHON ROBERT SMITH

                        Debtor(s)

          JACK N. ZAHAROPOULOS                    CHAPTER 13
          CHAPTER 13 TRUSTEE
                              Movant
          vs.
          JONATHON ROBERT SMITH

                                                  CASE NO: 1-25-00497-HWV

                        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

          Sylvia H. Rambo United States Courthouse      Date:    July 9, 2025
          Bankruptcy Courtroom 4B, 4th Floor            Time:    09:35 AM
          1501 North 6th Street
          Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
        **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1605.50**
        **AMOUNT DUE FOR THIS MONTH:  $802.75**
        **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2408.25**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        **If submitting payment by U.S. First Class Mail** mail to**:**
                **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated:    June 6, 2025                    Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    JONATHON ROBERT SMITH

                            Debtor(s)

              JACK N. ZAHAROPOULOS                    CHAPTER 13
              CHAPTER 13 TRUSTEE
                                      Movant
              vs.
              JONATHON ROBERT SMITH

                                                      CASE NO: 1-25-00497-HWV

                     Respondent(s)


### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 6, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

DAWN MARIE CUTAIA, ESQUIRE          UNITED STATES TRUSTEE
FRESH START LAW, PLLC               1501 NORTH 6TH STREET
1701 WEST MARKET STREET             PO BOX 302
YORK PA  17404-                     HARRISBURG PA  17102

Served by First Class Mail

JONATHON ROBERT SMITH
120 E Broadway
Red Lion  PA   17356-1404

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 6, 2025                  /s/  Tammy Life
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   JONATHON ROBERT SMITH

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-25-00497-HWV

vs.
JONATHON ROBERT SMITH

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.