# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 25-00497 |
|---|---|
| JONATHON ROBERT SMITH | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/28/2025, I did cause a copy of the following documents, described below,

Jonathon Smith Amended Plan and Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2025

/s/ Dawn Cutaia
Dawn Cutaia  77965

Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404
717 718 5199
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JONATHON ROBERT SMITH

CASE NO: 25-00497

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/28/2025, a copy of the following documents, described below,

Jonathon Smith Amended Plan and Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Fresh Start Law, PLLC
1701 W. Market St.
York, PA  17404

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00497<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON JUL 28 8-48-28 PST 2025 | ~~(U)ALLY BANK~~ | ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| EXCLUDE | EXCLUDE | |
| ~~(U)PENNYMAC LOAN SERVICES LLC~~ | ~~US BANKRUPTCY COURT~~<br>~~SYLVIA H RAMBO US COURTHOUSE~~<br>~~1501 N 6TH STREET~~<br>~~HARRISBURG PA 17102-1104~~ | ALLY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| EXCLUDE | | |
| ~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL INC<br>ATTN BANKRUPTCY<br>500 WOODARD AVE<br>DETROIT MI 48226-3416 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAVALRY PORTFOLIO SERVICES<br>ATTN BANKRUPTCY<br>500 SUMMIT LAKE DRIVE SUITE 400<br>VAHALLA NY 10595-2321 | CAVALRY SPV I LLC<br>PO BOX 4252<br>GREENWICH CT 06831-0405 | CREDIT COLLECTION SERVICES<br>ATTN BANKRUPTCY<br>725 CANTON ST<br>NORWOOD MA 02062-2679 |
| DAVE AND LISA WOOD<br>1617 SYCAMORE AVE<br>LANCASTER PA 17601-5255 | DEPARTMENT OF REVENUE<br>1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KAREN SNYDER<br>4233 DRUCK VALLEY ROAD<br>YORK PA 17406-8303 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD VA 22119-3000 |
| | | EXCLUDE |
| NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | NAVY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | ~~(D)NAVY FEDERAL CREDIT UNION~~<br>~~PO BOX 3000~~<br>~~MERRIFIELD VA 22119-3000~~ |
| NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | PENNYMAC LOAN SERVICES LLC<br>ATTN CORRESPONDENCE UNIT<br>PO BOX 514387<br>LOS ANGELES CA 90051-4387 | PENNYMAC LOAN SERVICES LLC<br>PO BOX 2410<br>MOORPARK CA 93020-2410 |
| | | EXCLUDE |
| PETER SCHERER III<br>222 KOSER ROAD<br>LITITZ PA 17543-9270 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCHRONY BANKGAP<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | THE BUREAUS INC<br>ATTN BANKRUPTCY<br>650 DUNDEE RD STE 370<br>NORTHBROOK IL 60062-2757 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG PA 17102-1104~~ | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |
| ~~EXCLUDE~~<br>~~DAWN MARIE CUTAIA~~<br>~~FRESH START LAW PLLC~~<br>~~1701 WEST MARKET STREET~~<br>~~YORK PA 17404-5465~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~JONATHON ROBERT SMITH~~<br>~~120 E BROADWAY~~<br>~~RED LION PA 17356-1404~~ |