IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jonathon Robert Smith, | : | CASE NO. 1:25-bk-00497-HWV |
| Debtor | : | |
| | : | |
| | : | |
| Jonathon Robert Smith, | : | |
| Movant | : | |

## AMENDED MOTION FOR WAGE ATTACHMENT

**AND NOW,** comes the Debtor, Jonathan Robert Smith, by and through counsel, Dawn M. Cutaia, and respectfully represents:

1. The Debtor filed a Chapter 13 Petition on February 26, 2025.

2. The Debtor receives regular income from employment with Aquatic Resource Restoration Company which may be attached under 11 U.S.C. § 1326 to fund the Chapter 13 Plan.

3. The likelihood of success in this case will increase if the Motion for Wage Attachment is granted.

**WHEREFORE**, the Debtor respectfully requests this Court enter an Order directing the above-mentioned employer to Pay Trustee in the amount set forth in the attached Order.

Date: 10/26/2025                                                                                             Respectfully Submitted,

By:  **/s/ Dawn M. Cutaia**
**Attorney for Debtor**
**Fresh Start Law, PLLC**
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
| --- | --- | --- |
| | : | |
| Jonathon Robert Smith, | : | CASE NO. 1:25-bk-00497-HWV |
| Debtor | : | |
| | : | |
| Jonathon Robert Smith, | : | |
| Movant | : | |

## ORDER TO PAY TRUSTEE

**AND NOW**, upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS HEREBY ORDERED** that until further Order of this Court:

**Employer:**

Aquatic Resource Restoration Company
350 Hill St.
York, PA 17403

**Shall deduct from Jonathon Robert Smith's income the sum of $336.46 each weekly pay**, beginning with the first pay in NOVEMBER, 2025**,** and deduct this same amount each pay thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and remit the deducted sums to:

Jack N. Zaharopoulos
Chapter 13 Trustee
P.O. Box 6008
Memphis, TN 38101-6008

**IT IS FURTHER ORDERED** that checks issued to the Trustee pursuant to this Order shall include the above-captioned case number on the face of the check.

**By the Court**