| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     JONATHON ROBERT SMITH, | : |
|     Debtor | : |
| | : |
|     JACK N. ZAHAROPOULOS, | : |
|     STANDING CHAPTER 13 TRUSTEE, | : |
|     Movant | : |
| | : |
|     vs. | : |
| | : |
|     JONATHON ROBERT SMITH, | : |
|     Respondent | : CASE NO. 1-25-bk-00497-HWV |

## MOTION TO DISMISS CASE
## PURSUANT TO § 1307(c)(1)

AND NOW, this 6th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Douglas R. Roeder, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with § 1307(c)(1) due to Debtor's failure to file a confirmable Plan and for unreasonable delay by the Debtor that is prejudicial to creditors. In support of this Motion, Trustee states as follows:

1. On or about February 26, 2025, Debtor filed this case in the Middle District of Pennsylvania. (ECF Doc. 1).

2. Debtor filed his Chapter 13 Plan with this Honorable Court on or about April 13, 2025. (ECF Doc. 24).

3. On or about May 1, 2025, Trustee filed his Objection to Chapter 13 Plan with this Honorable Court, in part, on the grounds that the Debtor has failed to demonstrate their 2023 federal tax return has been filed. (ECF Doc. 30).

4. Debtor filed his First Amended Chapter 13 Plan with this Honorable Court on or about July 27, 2025. (ECF Doc. 42).

5. On or about August 22, 2025, Trustee filed his Objection to the First Amended Chapter 13 Plan, in part, on the grounds that the Debtor has failed to demonstrate their 2023 federal tax return has been filed, and that the plan lacks feasibility because the monthly net income reported on schedules I and J is insufficient to support the plan payment. (ECF Doc. 52).

6. Debtor filed his Second Amended Chapter 13 Plan with this Honorable Court on or about October 26, 2025. (ECF Doc. 55).

7. On or about November 10, 2025, Trustee filed his Objection to the Second Amended Chapter 13 Plan, in part, on the grounds that the Debtor has failed to demonstrate their 2023 federal tax return has been filed, and that the plan lacks feasibility because the monthly net income reported on schedules I and J is insufficient to support the plan payment.. (ECF Doc. 61).

8. Debtor filed his Third Amended Chapter 13 Plan with this Honorable Court on or about January 18, 2026. (ECF Doc. 65).

9. On or about February 2, 2026, Trustee filed his Objection to the Third Amended Chapter 13 Plan, in part, on the grounds that the Debtor has failed to demonstrate their 2023 federal tax return has been filed, and that the plan lacks feasibility because the monthly net income reported on schedules I and J is insufficient to support the plan payment.. (ECF Doc. 68).

10. Pursuant to § 1307(c),

> Except as provided in subsection (f) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including –

> (1) Unreasonable delay by the debtor that is prejudicial to creditors…

11. Approximately (12) months have passed since Debtor filed his initial Chapter 13 Plan.

12. Debtor has substantially failed in the now (14) months since the case was filed, to demonstrate feasibility, in the now (4) Chapter 13 Plans that have been filed with this Honorable Court.

13. More specifically, the Third Amended Chapter 13 Plan proposes unrealistic payments in the amount of $1,245.82 beginning January 2026. (ECF Doc. 65). By comparison, the Debtor's monthly net income is $630.08. (ECF Doc. 23).

14. Additionally, on or about March 18, 2025, the Internal Revenue Service filed an estimated priority claim because the Debtor's 2023 federal tax return is not filed. (Claim No. 2-2).

15. Accordingly, the Trustee believes, and therefore avers, that Debtor's failure to file their 2023 federal tax return in the approximate (1) year since the Internal Revenue Service filed their estimated claim, has resulted in an unreasonable delay that is unfairly prejudicial to creditors.

16. The Trustee further believes and therefore avers, that the Debtor's failure to address the Trustee's Objections, which have been substantially the same, in the now (4) Chapter 13 Plans that have been filed, presents an unreasonable delay and is therefore prejudicial to creditors.

17. Finally, the Trustee believes, and therefore avers, that Debtor's failure to file a confirmable plan and to make payments consistent with her Chapter 13 Plan is prejudicial to creditors.

18. Accordingly, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1).

WHEREFORE, Trustee respectfully requests that this Honorable Court dismiss this case in accordance with § 1307(c)(1) and grant any further relief this Honorable Court deems just and proper.

Respectfully submitted:

Jack N. Zaharopoulos,
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder, Esquire
Attorney for Trustee

<div align="center">UNITED STATES BANKRUPTCY COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</div>

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JONATHON ROBERT SMITH, | : |
| Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| JONATHON ROBERT SMITH, | : |
| Respondent | : CASE NO. 1-25-bk-00497-HWV |

<div align="center">

**<u>NOTICE</u>**

</div>

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, filed a Motion to Dismiss on April 6, 2026.

If you object to the relief requested, you must file your objection/response on or before April 27, 2026, with the Clerk of Bankruptcy Court, Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, PA 17102 and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for May 20, 2026, at 9:35 a.m. at Sylvia H. Rambo United States Courthouse, Bankruptcy Courtroom 4B, 4th Floor, 1501 North 6th Street, Harrisburg, PA 17102, and will be held regardless of any objections or responses having been filed.

<div style="margin-left:50%">

Respectfully submitted,

</div>

Date: April 6, 2026

<div style="margin-left:50%">

/s/ Douglas R. Roeder, Esquire<br>
Attorney ID: 80016<br>
Attorney for Trustee<br>
Jack N. Zaharopoulos<br>
Standing Chapter 13 Trustee<br>
8125 Adams Drive, Suite A<br>
Hummelstown, PA 17036<br>
Phone: (717) 566-6097<br>
Email: droeder@pamd13trustee.com

</div>

IN RE: : CHAPTER 13
    JONATHON ROBERT SMITH, :
    Debtor :
                     :
    JACK N. ZAHAROPOULOS, :
    STANDING CHAPTER 13 TRUSTEE, :
    Movant :
                     :
      vs. :
                     :
    JONATHON ROBERT SMITH, :
    Respondent : CASE NO. 1-25-bk-00497-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 6, 2026, I served a copy of

this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown,

PA, unless served electronically:

## SERVED ELECTRONICALLY

United States Trustee            Dawn Marie Cutaia, Esquire
1501 North 6th Street           Fresh Start Law, PLLC
P.O. Box 302                   1701 West Market Street
Harrisburg, PA 17102          York, PA 19020

## SERVED BY FIRST CLASS MAIL

JONATHON ROBERT SMITH
120 E BROADWAY
RED LION, PA 17356-1404

I certify under penalty of perjury that the foregoing is true and correct.


Date: April 6, 2026               /s/ Elizabeth R. Fitzgerald, Paralegal
                                  Office of the Standing Chapter 13 Trustee
                                  Jack N. Zaharopoulos
                                  8125 Adams Drive, Suite A
                                  Hummelstown, PA 17036
                                  Phone: (717) 566-6097
                                  Email: lfitzgerald@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JONATHON ROBERT SMITH, | : |
| Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| JONATHON ROBERT SMITH, | : |
| Respondent | : CASE NO. 1-25-bk-00497-HWV |

## ORDER DISMISSING CASE

Upon consideration of Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.