In re:

Jonathon Robert Smith

    Debtor

Case No. 25-00497-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Apr 15, 2026      Form ID: pdf010      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Jonathon Robert Smith, 120 E Broadway, Red Lion, PA 17356-1404 |
| 5691846 | + | Dave and Lisa Wood, 1617 Sycamore Ave, Lancaster, PA 17601-5255 |
| 5691847 | + | Karen Snyder, 4233 Druck Valley Road, York, PA 17406-8303 |
| 5691852 | + | Peter Scherer, III, 222 Koser Road, Lititz, PA 17543-9270 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5722189 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2026 18:51:51 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5710242 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 15 2026 18:51:51 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5691842 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 15 2026 18:41:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5691843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2026 18:51:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5691844 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2026 18:41:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5693375 | + | Email/Text: bankruptcy@cavps.com | Apr 15 2026 18:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5691845 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 15 2026 18:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5691841 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2026 18:41:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5691839 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2026 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5694186 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2026 18:51:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704668 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 15 2026 18:41:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5691848 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 15 2026 18:41:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691849 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 15 2026 18:41:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5691850 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 15 2026 18:41:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

| 5691853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|---|---|---|---|---|
| | | | Apr 15 2026 18:51:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5701798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 15 2026 18:52:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5704929 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 15 2026 18:51:52 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5691851 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Apr 15 2026 18:51:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5696723 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 15 2026 18:41:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 5691854 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 15 2026 18:52:05 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5691855 | + | Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | | Apr 15 2026 18:41:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5694217 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 15 2026 18:41:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5691840 | + | Email/Text: kcm@yatb.com | | |
| | | | Apr 15 2026 18:41:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5704671 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | |
| | on behalf of Debtor 1 Jonathon Robert Smith dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Eliza Garifullina | |
| | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |

District/off: 0314-1

Date Rcvd: Apr 15, 2026

User: AutoDocke

Form ID: pdf010

Page 3 of 3

Total Noticed: 27

Elizabeth Trachtman
on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Matthew K. Fissel
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Stephanie Walczak
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC swalczak@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
                                                :       CHAPTER 13
JONATHON ROBERT SMITH,                          :
                                                :       CASE NO. 1:25-bk-00497-HWV
                    Debtor.                      :

## <u>ORDER</u>

Upon consideration of the Court's March 4, 2026 Order to Appear and Show Cause,

Doc. 74, and the hearing held on April 15, 2026, during which the Debtor failed to satisfy the

Show Cause Order, for the reasons stated on the record, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal

of this case, the Court retains jurisdiction over timely requests for compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 15, 2026