**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jonathon Robert Smith, | : | CASE  NO. 1:25-bk-00497-HWV |
| Debtor | : | |
| | : | |
| | : | |
| Jonathon Robert Smith, | : | |
| Movant | : | |

### MOTION TO TERMINATE  WAGE ATTACHMENT

**AND NOW,** the Debtor, Jonathon Robert Smith, by and through counsel, Dawn M.

Cutaia, and respectfully represents:

1. The Debtor filed a Chapter 13 Petition on February 26, 2025.

2. Debtor filed a Motion for Wage Attachment on August 8, 2025, which was granted on August 11, 2025, and an Amended Motion for Wage Attachment which was filed and granted on October 27, 2025.

3. Debtor's case was dismissed on April 15, 2026, for failing to satisfy a Show Cause Order.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court enter an Order terminating the wage attachment Order dated October 27, 2025.

Date:  4/30/26                                                       Respectfully Submitted,

By:   **/s/ Dawn M. Cutaia**
**Attorney for Debtor**
**Fresh Start Law, PLLC**
Supreme Court ID 77965
Attorney for Debtor
717-304-1841
dmcutaia@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Jonathon Robert Smith, | : | CASE NO. 1:25-bk-00497-HWV |
| Debtor | : | |
| | : | |
| | : | |
| Jonathon Robert Smith, | : | |
| Movant | : | |

## ORDER TERMINATING WAGE ATTACHMENT

**AND NOW,** upon consideration of Debtor's Motion to Terminate Wage Attachment, the wage attachment Order entered on October 27, 2025, is hereby **TERMINATED.**

**By the Court**